United States District Court
Southern District of Texas

**ENTERED**

July 08, 2026

Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| BONIFACIO RAMOS MENDEZ, | § | |
| | § | |
| Petitioner, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 1:26-CV-677 |
| | § | |
| JOSE GARCIA LONGORIA, JR., *et al.*, | § | |
| | § | |
| Respondents. | § | |

## **ORDER**

Petitioner Bonifacio Ramos Mendez is currently detained by Immigration and Customs Enforcement at the Port Isabel Service Processing Center in Cameron County, Texas. In this habeas action, Petitioner contests Respondents' ability to detain him without a bond hearing under 8 U.S.C. § 1225(b)(2)(A). Petitioner bases his habeas action on statutory arguments under 8 U.S.C. §§ 1225 and 1226, and on provisions of the Fifth Amendment.

Petitioner concedes that the Fifth Circuit's ruling in *Buenrostro-Mendez v. Bondi*, 166 F.4th 494 (5th Cir. 2026) forecloses his statutory arguments.

With respect to any claims based on the Due Process Clause, the Fifth Circuit has determined that "the Government may detain aliens under Section 1225(b)(2)(A) for ninety days but no longer without a bond hearing." *Sosnava Rodriguez v. Ortega*, — F.4th —, No. 26-50183, 2026 WL 1906557, at *16 (5th Cir. July 2, 2026). Those ninety days represent "the period of time during which the validity of detention can be presumed." *Id.*

In this case, Respondents detained Petitioner on June 4, 2026. Based on this date, the ninety-day period has not expired.

To facilitate the Court's consideration of the issues that Petitioner presents, it is:

**ORDERED** that by no later than July 29, 2026, Petitioner Bonifacio Ramos Mendez shall file a Statement explaining why, in light of *Sosnava*, his claims based on the Due Process Clause are not premature.

If Petitioner does not file the Statement, the Court will deny the Petition.

Signed on July 8, 2026.

Fernando Rodriguez, Jr.
United States District Judge